## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al*.,<br><br>                Debtors.<br><br>SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, *et al*.,<br>                Plaintiffs,<br>v.<br><br>LYNN TILTON, *et al*.,<br>                Defendants. | 1:25-cv-01691-PAE<br><br>Hon. Paul A. Engelmayer<br><br>Bankr. Case No. 16-10407-DSJ<br><br>Adv. Proc. No. 18-AP-01021-DSJ |

## <u>DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Bankruptcy Procedure 8012, appellant Patriarch Partners Agency Services LLC ("PPAS") states that it has no parent company and no publicly held corporation owns 10% or more of PPAS.


Dated:  April 17, 2025
       New York, New York

Respectfully submitted,

*/s/ Ronit Berkovich*
Ronit Berkovich
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007


*Attorney for Defendant–Appellant*
*Patriarch Partners Agency Services*
*LLC*