**SealedDoc, PENAP, APPEAL**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 18−01021−dsj

*Assigned to:* Judge David S Jones  
*Lead BK Case:* 16−10407  
*Lead BK Title:* TransCare Corporation  
*Lead BK Chapter:* 7  
*Demand:* $10000000000  
*Date Filed:* 02/22/18

 *Nature[s] of Suit:*  81 Subordination of claim or interest  
 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)  
 21 Validity, priority or extent of lien or other interest in property  
 13 Recovery of money/property − 548 fraudulent transfer  
 14 Recovery of money/property − other

*Plaintiff*
-----------------------

**SALVATORE LAMONICA,** *as Chapter 7 Trustee of the Jointly−Administered Estates of TransCare Corporation, et al.*

represented by **Bijan Amini**  
Amini LLC  
131 West 35th Street  
Ste 12th Floor  
New York, NY 10001  
212−490−4700  
Email: bamini@storchamini.com

**Jeffrey Chubak**  
Amini LLC  
131 West 35th Street  
12th Floor  
New York, NY 10001  
212−490−4700  
Email: jchubak@aminillc.com

**Holly R. Holecek**  
LaMonica Herbst & Maniscalco, LLP  
3305 Jerusalem Avenue  
Wantagh, NY 11793  
(516) 826−6500  
Fax : (516) 826−0222  
Email: hrh@lhmlawfirm.com

**Jaime B. Leggett**  
Bast Amron LLP  
One Southeast Third Avenue  
Suite 2410  
Miami, FL 33131  
305−379−7904  
Email: jleggett@bastamron.com

**Jacqulyn S. Loftin**  
3305 Jerusalem Avenue  
Suite 201

|  |  |
|---|---|
|  | Wantagh, NY 11793<br>(516) 826–6500<br>Fax : (516) 826–0222<br>Email: jsl@lhmlawfirm.com |
|  | **Avery Samet**<br>Amini LLC<br>131 West 35th Street<br>Ste 12th Floor<br>Ste 25th Floor<br>New York, NY 10001<br>212–490–4700<br>Email: asamet@aminillc.com |
|  | **Steven G. Storch**<br>Storch Byrne LLP<br>437 Madison Avenue<br>24th Floor<br>New York, NY 10022<br>212–931–1005<br>Email: sstorch@storchbyrnelegal.com |

*Plaintiff*
-----------------------
| | |
|---|---|
| **Shameeka Ien**<br>Outten & Golden LLP<br>685 Third Avenue<br>25th Floor<br>New York, NY 10017<br>2122451000 | represented by **Jack A. Raisner**<br>Raisner Roupinian LLP<br>270 Madison Ave<br>Suite 1801<br>New York, NY 10016<br>212–221–1747<br>Email: jar@raisnerroupinian.com |

V.

*Defendant*
-----------------------
| | |
|---|---|
| **Lynn Tilton**<br>Patriarch Partners, LLC<br>1 Liberty Street, 35th Floor<br>New York, NY 10006<br>2128250550 | represented by **Nicole A. Eichberger**<br>Proskauer Rose LLP<br>650 Poydras Street<br>Suite 1800<br>New Orleans, LA 70130<br>504–310–2024<br>Fax : 504–310–2022<br>Email: neichberger@proskauer.com |
| | **Timothy Q. Karcher**<br>Proskauer<br>Eleven Times Square<br>New York, NY 10036<br>212–969–4750<br>Fax : 212–969–2900<br>Email: tkarcher@proskauer.com |
| | **Michael T. Mervis**<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>(212) 969–3365<br>Fax : (212) 969–2900<br>Email: mmervis@proskauer.com |

                                      **Alex D. Silagi**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
212–969–3421
Fax : 212–969–2900
Email: asilagi@proskauer.com

*Defendant*
―――――――――――――――――――――
**Patriarch Partners Agency Services, LLC**  represented by **Ronit Berkovich**
Patriarch Partners, LLC                       Weil, Gotshal & Manges LLP
1 Liberty Steet, 35th Floor                   767 Fifth Avenue
New York, NY 10006                            New York, NY 10153
2128250550                                    212–310–8543
                                              Email: Ronit.Berkovich@weil.com

                                      **Nicole A. Eichberger**
(See above for address)

                                      **Timothy Q. Karcher**
(See above for address)

                                      **Michael T. Mervis**
(See above for address)

                                      **Alex D. Silagi**
(See above for address)

*Defendant*
―――――――――――――――――――――
**Patriarch Partners, LLC**                   represented by **Nicole A. Eichberger**
1 Liberty Street, 35th Floor                  (See above for address)
New York, NY 10006
2128250550                                    **Timothy Q. Karcher**
                                              (See above for address)

                                      **Michael T. Mervis**
(See above for address)

                                      **Alex D. Silagi**
(See above for address)

*Defendant*
―――――――――――――――――――――
**Patriarch Partners Management Group,**      represented by **Nicole A. Eichberger**
**LLC**                                       (See above for address)
Patriarch Partners, LLC
1 Liberty Street, 35th Floor                  **Timothy Q. Karcher**
New York, NY 10006                            (See above for address)
2128250550
                                              **Michael T. Mervis**
                                              (See above for address)

                                      **Alex D. Silagi**
(See above for address)

*Defendant*
―――――――――――――――――――
**Ark II CLO 2001–1, Limited**　　　　　represented by **Nicole A. Eichberger**
Patriarch Partners, LLC　　　　　　　　　　　　　　　　(See above for address)
1 Liberty Street, 35th Floor
New York, NY 10006　　　　　　　　　　　　　　　　**Timothy Q. Karcher**
2128250550　　　　　　　　　　　　　　　　　　　　(See above for address)

　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael T. Mervis**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

　　　　　　　　　　　　　　　　　　　　　　　　　　**Alex D. Silagi**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*Defendant*
―――――――――――――――――――
**ARK Investment Partners II, L.P.**　　　represented by **Nicole A. Eichberger**
Patriarch Partners, LLC　　　　　　　　　　　　　　　　(See above for address)
1 Liberty Street, 35th Floor
New York, NY 10006　　　　　　　　　　　　　　　　**Timothy Q. Karcher**
2128250550　　　　　　　　　　　　　　　　　　　　(See above for address)

　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael T. Mervis**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*Defendant*
―――――――――――――――――――
**LD Investments, LLC**　　　　　　　　represented by **Nicole A. Eichberger**
Patriarch Partners, LLC　　　　　　　　　　　　　　　　(See above for address)
1 Liberty Street, 35th Floor
New York, NY 10006　　　　　　　　　　　　　　　　**Timothy Q. Karcher**
2128250550　　　　　　　　　　　　　　　　　　　　(See above for address)

　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael T. Mervis**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*Defendant*
―――――――――――――――――――
**Patriarch Partners II, LLC**　　　　　represented by **Nicole A. Eichberger**
Patriarch Partners, LLC　　　　　　　　　　　　　　　　(See above for address)
1 Liberty Street, 35th Floor
New York, NY 10006　　　　　　　　　　　　　　　　**Timothy Q. Karcher**
2128250550　　　　　　　　　　　　　　　　　　　　(See above for address)

　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael T. Mervis**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*Defendant*
―――――――――――――――――――
**Patriarch Partners III, LLC**　　　　　represented by **Nicole A. Eichberger**
Patriarch Partners, LLC　　　　　　　　　　　　　　　　(See above for address)
1 Liberty Street, 35th Floor
New York, NY 10006　　　　　　　　　　　　　　　　**Timothy Q. Karcher**
2128250550　　　　　　　　　　　　　　　　　　　　(See above for address)

　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael T. Mervis**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*Defendant*
─────────────────────────
**Patriarch Partners VIII, LLC**
Patriarch Partners, LLC
1 Liberty Street, 35th Floor
New York, NY 10006
2128250550

represented by **Nicole A. Eichberger**
(See above for address)

**Timothy Q. Karcher**
(See above for address)

**Michael T. Mervis**
(See above for address)

*Defendant*
─────────────────────────
**Patriarch Partners XIV, LLC**
Patriarch Partners, LLC
1 Liberty Street, 35th Floor
New York, NY 10006
2128250550

represented by **Nicole A. Eichberger**
(See above for address)

**Timothy Q. Karcher**
(See above for address)

**Michael T. Mervis**
(See above for address)

*Defendant*
─────────────────────────
**Patriarch Partners XV, LLC**
Patriarch Partners, LLC
1 Liberty Street, 35th Floor
New York, NY 10006
2128250550

represented by **Nicole A. Eichberger**
(See above for address)

**Timothy Q. Karcher**
(See above for address)

**Michael T. Mervis**
(See above for address)

*Defendant*
─────────────────────────
**Transcendence Transit, Inc.**
Patriarch Partners, LLC
1 Liberty Street, 35th Floor
New York, NY 10006
2128250550

represented by **Nicole A. Eichberger**
(See above for address)

**Timothy Q. Karcher**
(See above for address)

**Michael T. Mervis**
(See above for address)

**Alex D. Silagi**
(See above for address)

*Defendant*
─────────────────────────
**Transcendence Transit II, Inc.**
Patriarch Partners, LLC
1 Liberty Street, 35th Floor
New York, NY 10006
2128250550

represented by **Nicole A. Eichberger**
(See above for address)

**Timothy Q. Karcher**
(See above for address)

**Michael T. Mervis**
(See above for address)

**Alex D. Silagi**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 07/06/2020 | 138 | Post–Trial Findings Of Fact And Conclusions Of Law Signed On 7/6/2020. (related document(s)136, 133) (Barrett, Chantel) (Entered: 07/06/2020) |
| 07/14/2020 | 139 | Letter (related document(s)138) Filed by Avery Samet on behalf of SALVATORE LAMONICA. (Attachments: # 1 Proposed Judgment)(Samet, Avery) (Entered: 07/14/2020) |
| 07/15/2020 | 141 | Judgment signed on 7/15/2020. Judgment is entered in favor of Plaintiff, Salvatore LaMonica, against Defendants, Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc. and Transcendence Transit II, Inc., jointly and severally, for a total judgment in the amount of $45,225,523.29, plus post–judgment interest. JUDGMENT INDEX NUMBER BC 20,0023 (related document(s)139) (Rouzeau, Anatin) (Entered: 07/15/2020) |
| 02/07/2024 | 169 | Motion to Approve *Attorneys' Fees Award Against Defendant Patriarch Partners Agency Services, LLC under Debtor and Creditor Law § 276–a [Identical to Dkt. #168 but with exhibits included]* filed by Avery Samet on behalf of SALVATORE LAMONICA with hearing to be held on 4/18/2024 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Responses due by 4/11/2024,. (Attachments: # 1 Exhibit 1 – Storch Amini PC Fees May 4, 2018–Oct. 15, 2019 # 2 Exhibit 2 – Storch Amini PC Expenses # 3 Exhibit 3 – Amini LLC Fees Sept. 30, 2020–Nov. 2, 2020 # 4 Exhibit 4 – Amini LLC Expenses # 5 Exhibit 5 – 2d Cir. Order Directing that Appeals be Heard in Tandem # 6 Exhibit 6 – 2d Cir. Order Directing Post–Argument Briefing # 7 Exhibit 7 – 2d Cir. Order Denying Petition for Rehearing) (Samet, Avery) (Entered: 02/07/2024) |
| 02/07/2024 | 170 | Notice of Hearing (related document(s)169) filed by Avery Samet on behalf of SALVATORE LAMONICA. with hearing to be held on 4/18/2024 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Objections due by 4/11/2024, (Samet, Avery) (Entered: 02/07/2024) |
| 04/03/2024 | 176 | Notice of Adjournment of Hearing (related document(s)169) filed by Avery Samet on behalf of SALVATORE LAMONICA. with hearing to be held on 5/29/2024 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Objections due by 5/22/2024, (Samet, Avery) (Entered: 04/03/2024) |
| 05/14/2024 | 177 | Notice of Adjournment of Hearing (related document(s)169) filed by Avery Samet on behalf of SALVATORE LAMONICA. with hearing to be held on 7/23/2024 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Objections due by 7/16/2024, (Samet, Avery) (Entered: 05/14/2024) |
| 07/15/2024 | 178 | Response */ Objection of Patriarch Partners Agency Services, LLC to the Trustee's Motion to Approve Attorneys' Fees* (related document(s)169) filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, LLC. (Berkovich, Ronit) (Entered: 07/15/2024) |
| 07/15/2024 | 179 | Declaration *of Christopher Conrad* (related document(s)169, 178) filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, |

| | | | |
|---|---|---|---|
| | | | LLC. (Berkovich, Ronit) (Entered: 07/15/2024) |
| 07/17/2024 | | 180 | Notice of Adjournment of Hearing (related document(s)169) filed by Avery Samet on behalf of SALVATORE LAMONICA. with hearing to be held on 10/22/2024 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Objections due by 10/15/2024, (Samet, Avery) (Entered: 07/17/2024) |
| 07/19/2024 | | 181 | Letter *to the Honorable David S. Jones Regarding Leave to File Sur–Reply to Trustee's DCL Section 276–a Application* (related document(s)169) Filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, LLC. (Berkovich, Ronit) (Entered: 07/19/2024) |
| 07/29/2024 | | 182 | Memorandum Endorsed Order Signed on 7/29/2024 Regarding Leave to File Sur–Reply. (related document(s)181) (Calderon, Lynda) (Entered: 07/29/2024) |
| 10/09/2024 | | 183 | Notice of Adjournment of Hearing (related document(s)169) filed by Avery Samet on behalf of SALVATORE LAMONICA. with hearing to be held on 11/7/2024 at 10:00 AM at Videoconference (ZoomGov) (DSJ) (Samet, Avery) (Entered: 10/09/2024) |
| 10/21/2024 | | 184 | Reply to Motion */ Reply in Support of Motion for Attorneys' FEes Award against Defendant Patriarch Partners Agency Services, LLC Pursuant to Debtor and Creditor Law § 276–a* (related document(s)169) filed by Avery Samet on behalf of SALVATORE LAMONICA. Sur–Reply due by 10/25/2024, (Samet, Avery) (Entered: 10/21/2024) |
| 10/25/2024 | | 185 | Sur–Reply to Motion */ Authorized Sur–Reply of Patriarch Partners Agency Services, LLC in Response to the Trustee's Reply in Support of His Motion for an Award of Attorneys' Fees* (related document(s)169) filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, LLC. (Berkovich, Ronit) (Entered: 10/25/2024) |
| 11/20/2024 | | 187 | Letter *to the Honorable David S. Jones* Filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, LLC. (Berkovich, Ronit) (Entered: 11/20/2024) |
| 11/20/2024 | | 188 | Letter *Response to PPAS's Unauthorized Notice of Supplemental Authorities* (related document(s)187) Filed by Jeffrey Chubak on behalf of SALVATORE LAMONICA. (Chubak, Jeffrey) (Entered: 11/20/2024) |
| 11/22/2024 | | 189 | Transcript regarding Hearing Held on 11/07/24 at 11:34 A.M. RE: Hybrid Hearing Regarding Motion Filed By The Plaintiff To Approve Attorneys Fees Award Against Defendant Patriarch Partners Agency Services, Llc Under Debtor And Creditor Law 276(A). Remote electronic access to the transcript is restricted until 2/20/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Reliable.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/2/2024. Statement of Redaction Request Due By 12/13/2024. Redacted Transcript Submission Due By 12/23/2024. Transcript access will be restricted through 2/20/2025. (Su, Kevin) (Entered: 11/25/2024) |
| 02/05/2025 | | 190 | Decision Signed on 2/5/2025 Partly Granting Trustee's Motion to Approve Attorneys' Fees. (related document(s)169) (Calderon, Lynda) (Entered: 02/05/2025) |

| | | | |
|---|---|---|---|
| 02/07/2025 | | <u>191</u> | Judgment signed on 2/7/2025. JUDGMENT INDEX NUMBER BC 25,0005 (related document(s)<u>190</u>) (Rouzeau, Anatin) (Entered: 02/07/2025) |
| 02/21/2025 | | <u>192</u> | Notice of Appeal (related document(s)<u>191</u>, <u>190</u>) filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, LLC. (Attachments: # <u>1</u> Civil Cover Sheet)(Berkovich, Ronit) (Entered: 02/21/2025) |
| 03/07/2025 | | <u>194</u> | Designation of Contents (appellant). */ Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal* (related document(s)<u>192</u>) filed by Ronit Berkovich on behalf of Patriarch Partners Agency Services, LLC. (Berkovich, Ronit) (Entered: 03/07/2025) |