UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* TRANSCARE CORPORATION *et al.*,<br><br>                    Debtors.<br><br>SALVATORE LAMONICA, *as Chapter 7 Trustee*<br>*of the Jointly Administered Estates of TransCare*<br>*Corporation et al.*,<br><br>                    Plaintiff,<br><br>           -v-<br><br>LYNN TILTON *et al.*,<br><br>                    Defendants. | 25 Civ. 1691 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 22, 2025, the Court granted the motion by defendant Patriarch Partners Agency Services, LLC ("PPAS") to certify a direct appeal under 28 U.S.C. § 158(d)(2), based on the absence of a controlling decision of the Second Circuit or the Supreme Court as to the application of the single-satisfaction rule to recovery of certain attorney's fees. Dkt. 11. In that decision, the Court directed counsel to promptly notify it in the event that the Second Circuit denied PPAS's petition. *Id.* at 12 n.5.

On October 10, 2025, the Second Circuit "so-ordered" a stipulation by the parties that withdrew their direct appeal. Dkt. 12.

Accordingly, the Court directs the parties to file, by October 22, 2025, a joint status letter that explains why the direct appeal was withdrawn and proposes next steps in this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2025
       New York, New York